Argued November 30, affirmed December 8, 1972, petition
for review denied January 17, 1973

SMITH et ux, *Petitioners, v.* OREGON LIQUOR
CONTROL COMMISSION, *Respondent.*

503 P2d 521

R. W. *Kitson,* Portland, argued the cause for petitioners. With him on the brief were Rader & Kitson, Portland.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

PER CURIAM.

Affirmed. *Perry v. Oregon Liquor Commission,* 180 Or 495, 177 P2d 406 (1947).